BEFORE THE THIRD DIVISION, NOVEMBER 25, 1957

**No. 61380.**—A. Jaller & Co. et al. *v.* United States, protests 142107–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of earthenware articles composed of a nonvitrified absorbent body, not artificially colored and composed wholly of clay, provided that if the body of such ware is covered wholly or in part with an engobe or body slip, the engobe or body slip shall be considered a part of the body, the claim of the plaintiffs was sustained. (Abstract 51831 followed.)